1  **LATHAM & WATKINS LLP**
   Elizabeth L. Deeley (Bar No. 230798)
2    *elizabeth.deeley@lw.com*
   Morgan E. Whitworth (CA Bar No. 304907)
3    *morgan.whitworth@lw.com*
   505 Montgomery Street, Suite 2000
4  San Francisco, California 94111
   T: +1.415.391.0600 / F: +1.415.395.8095
5
   **LATHAM & WATKINS LLP**
6  Jason C. Hegt (*pro hac vice*)
    *jason.hegt@lw.com*
7  885 Third Avenue, Suite 1000
   New York, New York 10022
8  T: +1.212.906.1200 / F: +1.212.751.4864

9

**LATHAM & WATKINS LLP**
William J. Trach (*pro hac vice*)
 *william.trach@lw.com*
200 Clarendon Street
Boston, MA 02116
T: +1.617.948.6000 F:+1.617.948.6001

**LATHAM & WATKINS LLP**
Hilary H. Mattis (Bar No. 271498)
 *hilary.mattis@lw.com*
140 Scott Drive
Menlo Park, California 94025
T: +1.650.328.4600 / F: +1.650.463.2600

10 *Attorneys for John E. Caldwell, Nora M. Denzel,*
   *Mark Durcan, Michael P. Gregoire, Joseph A.*
11 *Householder, John W. Marren, Abhi Y. Talwalkar,*
   *Lisa T. Su and Nominal Defendant Advanced Micro*
12 *Devices, Inc.*

UNITED STATES DISTRICT COURT
13
NORTHERN DISTRICT OF CALIFORNIA
14
SAN JOSE DIVISION
15

16 CITY OF PONTIAC POLICE AND FIRE
   RETIREMENT SYSTEM, Derivatively on
17 Behalf of ADVANCED MICRO DEVICES,
   INC.,
18
                    Plaintiff,
19          vs.
20 JOHN E. CALDWELL, NORA M. DENZEL,
   MARK DURCAN, MICHAEL P.
21 GREGOIRE, JOSEPH A. HOUSEHOLDER,
   JOHN W. MARREN, ABHI Y.
22 TALWALKAR and LISA T. SU,
23                  Defendants,
24 – and –
25 ADVANCED MICRO DEVICES, INC., a
   Delaware corporation,
26
                 Nominal Defendant.
27
28

CASE NO. 5:20-cv-06794-LHK

**DEFENDANTS' STATEMENT OF RECENT DECISION PURSUANT TO LOCAL RULE 7-3(D)(2)**

Hearing: April 8, 2021
Time:    1:30 p.m.
Location: Courtroom 8 – 4th Floor
Judge:   Hon. Lucy H. Koh

Action filed September 29, 2020

1    Defendants John E Caldwell, Nora M. Denzel, Mark Durcan, Michael P. Gregoire, Joseph

2  A. Householder, John W. Marren, Abhi Y. Talwalkar, Lisa T. Su and Nominal Defendant

3  Advanced Micro Devices, Inc. (collectively, "Defendants") respectfully submit this statement of

4  recent decision pursuant to Civil Local Rule 7-3(d)(2) in support of their Motion to Dismiss

5  Plaintiff's Verified Shareholder Derivative Complaint (Dkt. 25).

6    On March 19, 2021, the Honorable Laurel Beeler issued an Order Granting Motion to

7  Dismiss and dismissed the plaintiff's complaint against certain officers and directors of Facebook,

8  Inc. ("Facebook"), which alleged violations of Section 14(a) of the Securities Exchange Act of

9  1934 and SEC Rule 14a-9, breach of fiduciary duty, aiding and abetting breaches of fiduciary duty,

10  abuse of control, and unjust enrichment under the theory that the defendants allegedly

11  disseminated misleading information about Facebook's racial diversity objectives. *Ocegueda v.*

12  *Zuckerberg, et al.* Case No. 20-cv-04444-LB (N.D. Cal. March 19, 2021).  That Order is attached

13  as Exhibit A.

14  Dated:  March 24, 2021                    Respectfully submitted,

15                                    LATHAM & WATKINS LLP

16                                    By /s/ *Elizabeth L. Deeley*
                                      Elizabeth L. Deeley (Bar No. 230798)
17                                    Morgan E. Whitworth (Bar No. 304907)
                                       elizabeth.deeley@lw.com
18                                     morgan.whitworth@lw.com
                                      505 Montgomery Street, Suite 2000
19                                    San Francisco, California 94111
                                      T:  +1.415.391.0600 / F:  +1.415.395.8095
20
                                      William J. Trach (*pro hac* vice)
21                                     william.trach@lw.com
                                      200 Clarendon Street
22                                    Boston, MA 02116
                                      T:  +1.617.948.6000 / F:  +1.617.948.6001
23
                                      Jason C. Hegt (*pro hac vice*)
24                                     jason.hegt@lw.com
                                      885 Third Avenue, Suite 1000
25                                    New York, New York 10022
                                      T: +1.212.906.1200 / F: +1.212.751.4864
26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hilary H. Mattis (Bar No. 271498)
 hilary.mattis@lw.com
140 Scott Drive
Menlo Park, CA  94025
T:  +1.650.328.4600 / F:  +1.650.463.2600

*Attorneys for John E. Caldwell, Nora M.
Denzel, Mark Durcan, Michael P. Gregoire,
Joseph A. Householder, John W. Marren, Abhi
Y. Talwalkar, Lisa T. Su and Nominal
Defendant Advanced Micro Devices, Inc.*