ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
  – and –
DARREN J. ROBBINS (168593)
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
travisd@rgrdlaw.com
bennyg@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, Derivatively on Behalf of ADVANCED MICRO DEVICES, INC.,<br><br>       Plaintiff,<br><br> vs.<br><br>JOHN E. CALDWELL, et al.,<br><br>       Defendants,<br><br> – and –<br><br>ADVANCED MICRO DEVICES, INC., a Delaware corporation,<br><br>       Nominal Defendant. | Case No. 5:20-cv-06794-SVK<br><br>JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

Plaintiff City of Pontiac Police and Fire Retirement System, Derivatively on Behalf of Nominal Defendant Advanced Micro Devices, Inc. ("Plaintiff"), Individual Defendants John E. Caldwell, Nora M. Denzel, Mark Durcan, Michael P. Gregoire, Joseph A. Householder, John W. Marren, Abhi Y. Talwalkar and Lisa T. Su ("Individual Defendants"), and Nominal Defendant Advanced Micro Devices, Inc. ("Nominal Defendant") (Plaintiff, Individual Defendants and Nominal Defendant together, the "Parties") have conferred, through counsel, and agree to jointly submit this Stipulation to voluntarily dismiss the above-captioned action (the "Action") pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, with prejudice, and in support thereof state as follows:

WHEREAS, on September 29, 2020, Plaintiff filed a Verified Shareholder Derivative Complaint in this Action (the "Complaint") (Dkt. No. 1);

WHEREAS, on December 18, 2020, Nominal Defendant and the Individual Defendants moved to dismiss the Complaint (the "Motion to Dismiss")(Dkt. No. 25);

WHEREAS, on July 1, 2021, the Court granted the Motion to Dismiss with leave to amend within thirty (30) days of the Court's order noting that failure to amend within thirty (30) days would result in dismissal of Plaintiff's claims with prejudice (Dkt. No. 42);

WHEREAS, Plaintiff does not intend to amend the Complaint;

WHEREAS, the Parties agree that each Party shall bear its own fees, costs, and expenses incurred in connection with this Action;

WHEREAS, no compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or Plaintiff's attorneys and no promise to give any such compensation has been made;

WHEREAS, the Parties agree and respectfully submit that formal notice to Nominal Defendant's stockholders of this dismissal is unnecessary because this Joint Stipulation and [Proposed] Order of Dismissal merely gives effect to the Court's July 1, 2021 Order given that no amended complaint will be filed.

NOW, THEREFORE, it is hereby stipulated and agreed by the Parties, through their respective counsel of record, that, subject to approval of the Court, this Action shall be dismissed with prejudice.

IT IS SO STIPULATED.

DATED: July 30, 2021

ROBBINS GELLER RUDMAN
   & DOWD LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
BENNY C. GOODMAN III

_____
TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff

ASHERKELLY
MATTHEW I. HENZI
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
Telephone: 248/746-2710
248/747-2809 (fax)

Additional Counsel for Plaintiff

DATED: July 30, 2021

LATHAM & WATKINS
ELIZABETH L. DEELEY
MORGAN E. WHITWORTH

_____
ELIZABETH L. DEELEY

505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: 415/391-0600
415/395-8095 (fax)

WILLIAM J. TRACH (*pro hac vice* forthcoming)
200 Clarendon Street
Boston, MA 02116
Telephone: 617/948-6000
617/948-6001 (fax)

JASON C. HEGT (*pro hac vice* forthcoming)
885 Third Avenue
New York, NY 10022
Telephone: 212/906-1200
212/751-4864 (fax)

HILARY H. MATTIS
140 Scott Drive
Menlo Park, CA 94025
Telephone: 650/328-4600
650/463-2600 (fax)

Attorneys for Individual Defendants and Nominal Defendant Advanced Micro Devices, Inc.

\*   \*   \*

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: _____    _____
                                 U.S. DISTRICT JUDGE
                                 LUCY H. KOH

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 2, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   s/ Travis E. Downs III
TRAVIS E. DOWNS III

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: tdowns@rgrdlaw.com

# Mailing Information for a Case 5:20-cv-06794-LHK City of Pontiac Police and Fire Retirement System v. Caldwell et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth L. Deeley**
  elizabeth.deeley@lw.com,sflitigationservices@lw.com,elizabeth-deeley-6598@ecf.pacerpro.com

- **Travis E. Downs , III**
  travisd@rgrdlaw.com,e_file_sd@rgrdlaw.com,mkuwashima@rgrdlaw.com

- **Benny Copeline Goodman , III**
  bennyg@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jason C. Hegt**
  jason.hegt@lw.com,jason-hegt-2094@ecf.pacerpro.com

- **Hilary Hellmuth Mattis**
  hilary.mattis@lw.com,hilary-mattis-5362@ecf.pacerpro.com,#svlitigationservices@lw.com

- **Darren Jay Robbins**
  darrenr@rgrdlaw.com

- **William J. Trach**
  william.trach@lw.com

- **Morgan Edwin Whitworth**
  morgan.whitworth@lw.com,#sflitigationservices@lw.com,morgan-whitworth-8044@ecf.pacerpro.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`