ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
  – and –
DARREN J. ROBBINS (168593)
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
travisd@rgrdlaw.com
bennyg@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF PONTIAC POLICE AND FIRE RETIREMENT SYSTEM, Derivatively on Behalf of ADVANCED MICRO DEVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN E. CALDWELL, et al., <br><br> Defendants, <br><br> – and – <br><br> ADVANCED MICRO DEVICES, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 5:20-cv-06794-SVK <br><br> JOINT STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL |

1    Plaintiff City of Pontiac Police and Fire Retirement System, Derivatively on Behalf of
2  Nominal Defendant Advanced Micro Devices, Inc. ("Plaintiff"), Individual Defendants John E.
3  Caldwell, Nora M. Denzel, Mark Durcan, Michael P. Gregoire, Joseph A. Householder, John W.
4  Marren, Abhi Y. Talwalkar and Lisa T. Su ("Individual Defendants"), and Nominal Defendant
5  Advanced Micro Devices, Inc. ("Nominal Defendant") (Plaintiff, Individual Defendants and
6  Nominal Defendant together, the "Parties") have conferred, through counsel, and agree to jointly
7  submit this Stipulation to voluntarily dismiss the above-captioned action (the "Action") pursuant
8  to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, with prejudice, and in support
9  thereof state as follows:

10    WHEREAS, on September 29, 2020, Plaintiff filed a Verified Shareholder Derivative
11  Complaint in this Action (the "Complaint") (Dkt. No. 1);

12    WHEREAS, on December 18, 2020, Nominal Defendant and the Individual Defendants
13  moved to dismiss the Complaint (the "Motion to Dismiss")(Dkt. No. 25);

14    WHEREAS, on July 1, 2021, the Court granted the Motion to Dismiss with leave to amend
15  within thirty (30) days of the Court's order noting that failure to amend within thirty (30) days
16  would result in dismissal of Plaintiff's claims with prejudice (Dkt. No. 42);

17    WHEREAS, Plaintiff does not intend to amend the Complaint;

18    WHEREAS, the Parties agree that each Party shall bear its own fees, costs, and expenses
19  incurred in connection with this Action;

20    WHEREAS, no compensation in any form has passed directly or indirectly from any of the
21  Defendants to Plaintiff or Plaintiff's attorneys and no promise to give any such compensation has
22  been made;

23    WHEREAS, the Parties agree and respectfully submit that formal notice to Nominal
24  Defendant's stockholders of this dismissal is unnecessary because this Joint Stipulation and
25  [Proposed] Order of Dismissal merely gives effect to the Court's July 1, 2021 Order given that no
26  amended complaint will be filed.

27
28

NOW, THEREFORE, it is hereby stipulated and agreed by the Parties, through their respective counsel of record, that, subject to approval of the Court, this Action shall be dismissed with prejudice.

IT IS SO STIPULATED.

DATED: July 30, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
BENNY C. GOODMAN III

_/s/ Travis E. Downs III_
TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Attorneys for Plaintiff

ASHERKELLY
MATTHEW I. HENZI
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
Telephone: 248/746-2710
248/747-2809 (fax)

Additional Counsel for Plaintiff

DATED: July 30, 2021

LATHAM & WATKINS
ELIZABETH L. DEELEY
MORGAN E. WHITWORTH

_/s/ Elizabeth L. Deeley_
ELIZABETH L. DEELEY
per authorization 7/30/21

505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: 415/391-0600
415/395-8095 (fax)

WILLIAM J. TRACH (*pro hac vice* forthcoming)
200 Clarendon Street
Boston, MA 02116
Telephone: 617/948-6000
617/948-6001 (fax)

JASON C. HEGT (*pro hac vice* forthcoming)
885 Third Avenue
New York, NY 10022
Telephone: 212/906-1200
212/751-4864 (fax)

HILARY H. MATTIS
140 Scott Drive
Menlo Park, CA 94025
Telephone: 650/328-4600
650/463-2600 (fax)

Attorneys for Individual Defendants and Nominal Defendant Advanced Micro Devices, Inc.

\* \* \*

[~~PROPOSED~~] ORDER

The Court GRANTS the parties' joint stipulation of dismissal with prejudice, ECF No. 43. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/3/21

*Lucy H. Koh*
U.S. DISTRICT JUDGE
LUCY H. KOH